United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL CORRAL | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-267 |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC | § | |
| | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING IFP**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Michael Corral's Application to Proceed in District Court Without Prepaying Fees or Costs. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 5 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs should be **DENIED**.

The Clerk shall send a copy of this Order to Plaintiff.

SO ORDERED September 21, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge